This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40450**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**STEFAN VARELA,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF COLFAX COUNTY**
**Melissa A. Kennelly, District Judge**

Hector H. Balderas, Attorney General
Laurie K. Blevins, Assistant Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**IVES, Judge.**

**{1}** The State appeals from the district court's order on the State's motion in limine and dismissing the case with prejudice for failure to prosecute. On appeal, the State claimed that the district court erred in making several preliminary evidentiary rulings based on proffered material in the State's motion in limine, and the State did not challenge the dismissal of the case for failure to prosecute. This Court issued a notice of proposed disposition, proposing to affirm the district court. Now, the State has filed a response to our notice of proposed disposition and announced that it will not file a memorandum in opposition.

**{2}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition, and we affirm the district court.

**{3}    IT IS SO ORDERED.**

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**SHAMMARA H. HENDERSON, Judge**

**JANE B. YOHALEM, Judge**